UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Original copy

Thomas Corrow
_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓   NO ____

-against-

P.O. John D. Williams #98138
P.O. Tsentzelis # 967741
67th PCT.
NYC Hospitals NYPD Dept.
NYC Hospitals Security Dept.

**2:25-cv-5971-NRM-LGD**
**Morrison, J.**
**Dunst, MJ.**

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 24 2025 ★

LONG ISLAND OFFICE

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Thomas Corrow  CC# 2025004259

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center
100 Carman Ave
East Meadow, NY 11554

Prisoner ID Number: 2025004259

REC'D IN PRO SE OFFICE
OCT 24 '25 at 11:54

1

RECEIVED
OCT 24 2025
EDNY PRO SE OFFICE

SCANNED

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Suing both personally & proffesionally

Full Name: P.O. John D. Williams #98138
Job Title: Police Officer - 67th PCT
Address: 2820 Snyder Ave
Brooklyn, NY 11226

Defendant No. 2

Suing Both Personally & Proffesionally

Full Name: P.O. Nicholas Tsentzelis #967741
Job Title: Police Officer - 67th PCT.
Address: 2820 Snyder Ave
Brooklyn, NY 11226

Defendant No. 3

Full Name: 67th PCT.
Job Title: Police Dept.
2820 Snyder Ave

2

Brooklyn, NY 11226
Address

Defendant No. 4
Full Name: NYPD Hospitals NYC Dept.
Job Title: NYPD Dept./HQ
Address: 1 Brookdale Plaza, Brooklyn, NY 11203

#6
Suing Both personally & proffesionally

Defendant No. 5
Full Name: NYC Hospitals Security Dept.
Job Title: Security Dept/HQ
Address: 1 Brookdale Plaza, Brooklyn NY 11203

★ Defendant #6
DR license # 201860
@ Brookdale Hospital
1 Brookdale Plaza
Brooklyn NY 11203

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Brookdale Hospitals Emergency Dept. Waiting room - 1 Brookdale Plaza BK, NY 11203

When did the events happen? (include approximate time and date) On 8/24/2025 @ approx 21:26 hours

3

Facts: (what happened?) On 8/24/25 @ Approx 21:26 hours, while I was at Brookdale Hospital, I was Discriminated Against by staff & DR. After dispute w/ DR #201860, Hospitals NYPD & Security tackled me, cuffed me, then for roughly 5 minutes I was brutally beaten by between 4-5 officers (gang Assault) where they chocked me, Kicked me, punched me, in head/Nose, both hands/wrists, left Ankle, And Neck/back. At one point I couldn't breathe, screaming for help, to no Avail. After beating ended, I was never even offered medical treatment, left handcuffed, bleeding, broken/fractured bones, sitting on floor of Emergency Dept. Instead of giving me crutches/wheelchair b/c I couldn't walk (67th PCT) they upon Arriving @ PCT, literally went inside, brought out a computer chair, forced me to sit in it, then dragged me, w/ both injured Ankles/feet dragging on floor causing further injury. Got sent to King's County Hospital for further injuries, got cast, crutches, have x-rays.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

(P/T for @ NCCC)
Fracture Nose, Fractured left Ankle, injured Neck/Back, (P/T @ NCCC) Bruised Ribs, injured hands/wrists from P.O. jumping/stomping on them (Had 2x hand surgeries week prior on 8/18 @ E. Elmhurst) Cut eyebrow, Abrasions/lacerations Across face/Body, And Mental Anguish/Discrimination + Punitive Damages

4

___

___

___

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

Demanding A total of $50,000,000.00 Million for All injuries, Negligence, Misconduct, Pain & Suffering, and Mental Anguish. The Medical Malpractice Against Brookdale is Not included w/ this settlement, seperate issue. And of course, Punitive Damages

___

I declare under penalty of perjury that on __10/21/25__, I delivered this complaint to prison authorities at __Nassau Correctional__ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __10/2/25__

_____
Signature of Plaintiff

Sworn to Before me
This 16th day of
Oct. 2025
Emergency Notary
(2) witness:
1) Ted Simonson
WILLIAM G. HERNANDEZ
2) Wg Hernandez

__Nassau County Correctional__
Name of Prison Facility or Address if not incarcerated

__100 Carman Ave__
__East Meadow, NY__
__11554__
Address

__C# 2025004254__
Prisoner ID#

rev. 12/1/2015

5

Plaintiff _____

Exhibit A
Copy 1 of 3

Tuesday September 30th, 2025
Re: Commissioner / Director of IA NYC/DOCS
From: Mr. Thomas M. Corrow
Regarding: Sexual Assault Investigation caused by A Captain Donnelli #1278 in E.M.T.C. Bldg. on 7/22/25 Approx 11:15AM

To Whom it May Concern;

My name is Mr. Thomas M. Corrow, I was recently incarcerated @ E.M.T.C. on Rikers between 7/5-8/6/25 and on 7/22/25, I became the victim of A sex crime which was caused by Captain Donnelli #1278 in Housing Unit 6M Mens restroom @ approx 11:15AM. I was on toilet to far right, against the wall, taking A crap, pants down to the floor covered by A white sheet, CAPT Donnelli escorted w/ C/O Morales, enter bathroom without announcing 'Female walking', approach my stall, cut down sheet blocking my private area, then unexpectedly gropes me on my right arm, begins stroking up & down till I push hand away, he licks his lips like A creeper, then literally stands over me, looking at my private area for 2-3 minutes, while C/O Morales is behind him. After they finally leave, I came out got his name/shield # then requested to speak with P.R.E.A. to file A formal complaint, Ms. Martins from

P.R.E.A. came to me to start investigation and I verbally explained what happened and made hand written statement. I also told her, security CAPT., and several other C/O's I felt my life was in danger and requested to sign into Protective Custody to avoid future retaliation from Capt. Donnelli, but DOCS refused to aknowledge my request. Then on 7/23 two IA investigators came to interview me and the witness I had in com, they took our statements, then left. The next day 7/24 CAPT. retaliates against me, he was w/2 other C/O's, I was physically assaulted, brought to 3M which was a non-vacant cell block, they put me in cell, left me handcuffed, facedown on floor. The cuffs were literally put so tight, I cried myself to sleep I was in so much pain. The blood to both wrists completely stopped, I was screaming for help for hours, nobody came, NO medical, NO food, NO medications, and I ended up having two siezures, hitting my head so hard, causing gash and alot of bleeding, swelling. When C/O's come to move me, they see extent of injures, and I assume, to cover up there wrong doing they tell Mental Health I caused these

injuries to myself trying to kill myself, so then they put me into M.O. UNIT and on suicide watch, I refused to go. Alarm and probe team came, cuffed me, beat me, C/O Gonzalez chocked me @ one point till fellow C/O's reminded him of the body cameras. So, again without ANY medical treatment they throw me back into cellblock I just came from, leave me on floor cuffed too tight, again for several hours. Finally, at maybe midnight, 1x C/O removes me, I was brought to Medical ONLY to recieve my medications, but claimed I had multiple injuries, DR didn't even examine me, looks at me, says "I give you tylenol, have goodnight". That was it. C/O takes me to M.O. UNIT, where soon as phones come on I report incidents to #311, Prisoners Right Association, file several statement/grievances, and s/w Capt. to be put into P.C., again request is denied, and days go by, still never got to sickcall/see DR., so I call #311 and they contact #911 for me, call ambulance for me 3x times, and when they arrive to get me, DOCS tells them/lies to them, claims I was already receiving treatment.

From 7/27 to 7/29 these calls were made from O.B.C.C. Bldg. I even s/w case worker of Mental Health to report incident and show them injuries, my head, the cuts/bruises/swelling of both wrists/hands, but they fail to get me any help.

Then on 8/6/25 I went to Queens court and got released right from courthouse, unexpectedly. However, my siezures/injuries have gotten much much worse. At East Elmhurst Hospital I had to have 2x surgeries on hand due to infection that was caused by assault by CO's and DOCS failing to look at and provide medical treatment. I also suffered 3x siezures while in hospital, they admitted me, and for 3 or 4 days I spent there, getting xrays, catscans, bloodwork completed. The pain, physical, and emotional, along w/ severe PTSD caused by sexual assault V in Capt #1278, ~~in~~ my life has been changed forever due to the negligence of DOCS staff. I want/will to prosecute the CAPT/CO's that assaulted me to full extent. I also need/request access to view CO's body camera footage on 7/24, 7/22, 7/25 during all altercations. Please, conduct a full, complete, and thorough investigation regarding this matter. All my allegations will/can be

(5)

verified by filing A HIPPA form and Accessing medical records. I recieved treatment at all the following Hospitals;
1) E. Elmhurst  2) Bellevue  3) Brookdale
4) Kings County  5) SUNY Downstate  6) NUMC

Could you please furnish me with names/badge #'s for each and every other C/O who was apart of the Assaults I experienced on 7/24, as well as info of who to hold Accountable for there Misconduct of failing to report incident, injuries, make injury reports, have photos taken, and me be seen by DR and examined for both these Assaults, please and Thank you.

    I look forward to hearing back from someone from IA very soon, with A more detailed and updated report of this vitally important investigation. Thanks for All your help, in obtaining justice for the pain, shame, and lifelong embariesment I had to endure due to Negligence of Dept of Corrections. And, time is of the essence with these delicate matters, we'd Much Appreciate A timely response.

Respectively,
Mr. Thomas M. Corcoran

MailTO: NCCC CC#2025004289
100 Carmen Ave
East Meadow, NY 11554

Emergency Notary Witness
Sworn To Before Me
This 10th Day of Oct. 2025

1) Shane Cobb
   *[signature]*

   WILLIAM G. HERNANDEZ
2) *[signature]*

Date: Oct 14th 2025

[Notice of Claim]  Copy 1 of 3

# Sworn Affidavit

Exhibit B

I Mr Thomas Carrow #2025001259 Assure the Internal Affairs, Inspector General, and All other entities that All statements/claims I've made within these Documents Are 100% Faithful & can All be verified in one way, either by Body Cams, Video Footage, Medical records or recorded telephone calls from Rikers.

Not only do I feel I was "Targeted" but Also discriminated Against by the Dept of Corrections, NYPD, Multiple hospitals & several employees such as Doctors, Nurses C/Os, Police due to my clear "DISABILITY", race, color, and or identity.

I Am forced to live in fear Against people of All the Above mentioned professions, Mental Anguish, several lifelong physical injuries due to there "intent" & Negligence w/ All these Matters

_____ Defendant 10/16/25

Sworn to before me
This 16 day of OCT 2025
EMERGENCY NOTARY
NOTORY PUBLIC         Not Ted Simonson

(2) WITNESS →  (2) WILLIAM G. HERNANDEZ
                    10/24/[?]

Date 10/14/25

Notice of Claim

Copy 3 of 3

# Sworn Affidavit

Exhibit # BC

This Civil Rights suit is pertaining pertaining to All injuries & violations I experienced from 7/22/25 Till 8/30/25 Against several Hospitals (Bellevue, Brookdale, Kings County, SUNY), NYPD & Hospital Security employees. Any & All Statement/Claims which have been made within these legal document Are All 100% Accurate, the truth & nothing but the truth. Most of which can & will be verified by Police Officers Body Cams, Hospitals video footage, Medical Records, And simply by the failure to report incidents that occurred by NYPD (on 8/24 @ 21:26 hour in Brookdale ER) And DR Stefanie Bianti from Bellevue, And Police officers from 67th PCT; PO John D. Williams #98138, PO Nicholas Tsenzelis #967741 + DR #201860 from Brookdale of incidents & injuries that I experienced due to Police Brutality event (8/24 @ 21:26)

Defendant
10/16/25

Sworn to before me
This 16 day of OCT 2025
EMERGENCY NOTARY
NOTORY PUBLIC

1) Ted Simon
WILLIAM G. HERNANDEZ
2)

From: Theodore Simonson
CC# 2025004619
NCCC
100 Carman Ave.
E. Meadow, NY
11554

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2025 ★
LONG ISLAND OFFICE

NY I/N
10/24

ATTN: Pro Se Office
USDC/EDNY
100 Federal Plz
Central Islip, NY
11722



9589 0710 5270 3447 7675 40

US POSTAGE PITNEY BOWES
ZIP 11554 $012.14
0000391511 OCT 22 2025

FIRST CLASS MAIL