FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 05 2025 ★
LONG ISLAND OFFICE

★ Amended Civil Claim (11/26/25)
#25-CV-05971 (NRM)(LGD)
(original Document)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mr. Thomas Corrow
_____
_____
_____
                Plaintiff,

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

[Insert full name of plaintiff/prisoner]

(#1-10) ☆See Attached Sheet

-against-

1) P.O. John D. Williams #98138
2) P.O. Nicholas Tsentzelis #96774 — Both personally & proffessionally
3) New York City Police Dept.
4) P.O. John Doe #1
5) P.O. John Doe #2      } Suing Both personally & proffessionally
6) P.O. John Doe #3

JURY DEMAND
YES ✓   NO ____

(#7-10) Next page

                Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.   Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  Mr. Thomas Corrow

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center
100 Carman Ave
East Meadow, NY 11554

Prisoner ID Number:  CC # 2025004259

1

REC'D IN PRO SE OFFICE
DEC 5 '25 PM 12:07

RECEIVED
DEC - 5 2025
EDNY PRO SE OFFICE

**Facts: (what happened?)** On 8/24/25 I was denied detox treatment @ 'ACI' Rehab Inc. in Brooklyn due to siezure history. Upon being discharged I requested an Ambulance because I was very ill, already suffered a siezure earlier that day. They got me an Ambulance, inside on our way to Brookdale Hospital, I had my 2nd siezure, the P.O. & Paramedics 'witnessed' the siezure. Upon arriving @ Brookdale, I have NO recolection of how I got into the 'ER Dept', someone (who?) put me on a chair instead of rushing me into 'ER' to see a DR. Immediately (proper siezure 'Protocol'), I had trauma from hitting head, dizziness, head/back pain and concussion. (1st Siezure @ Bellevue Hospital All injuries began on 8/24/25 - See Med. Records) Not sure what exactly the 'Paramedics' told the triage Dept of what happened, but I can remember coming to and NOT feeling well at all, instead of treating me & injuries, they (nurses) made me sit on this chair & wait extremely long ↑D won* (Cont. P. #2) →

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

(PT for @ NCCC) *Punitive Damages Fractured Nose/Ribs/Left Ankle, Injured Neck/back & head (PT for @ NCCC) injured hands/wrists (Both) *(had 2x operations for them @ East Elmhurst on 8/18/25) Concussion/Severe Migraines, blurred vision, cut on Eyebrow/Nose, Bruises/Abrasions/Lacerations Across Face/Body, Mental Anguish, Discrimination, Use of excessive force, Police Brutality, Gang Assault (By P.O. John Doe's 1-3) Misconduct & 'Deliberate Indifference'*/Denied IA Invest. $ (Actual and/or Imminent Injuries)

#CV-05971 (NRM)(LGD)

Facts (continued Page #2)
 #("Adverse Reaction" by NYC Police Dept)

Seen by A Doctor and be put onto A stretcher (All siezure Injuries @ Any Hospital 'supercede' Any/or other patients) By time I was 'Triaged' by A nurse (Dixon?) And provided A stretcher, the DR. license #201860 (name unknown; see Arrest report) that came to Admit/Assess me, failed to conduct A proper physical examination of me for some odd reason, which I strongly believe could have been because during my siezure in the Ambulance, I urinated on myself and certainly smelt of urine, but this comes/goes with territory of being A Dr. So, Dr. #201860 'Assumed/claimed' that I was only there because he said verbatimly "Mr. Curran, you just want medications to get high" Also labeling me A "Drug Addict" which I've never heard of A siezure patient taking siezure meds to get high, So I was than [refused] treatment, he never even Aknowledged the fact that this was my 2nd siezure of day; fell & hit my head severely hard during 1st one, had head trauma, concussion, blurred vision. Knowing All this & the extent & severity of my history he (#201860) denied treating/Admitting me, discharging me, at which point I than 'Allegedly' got upset w/DR, struck him once with A

Page #3

closed fist to his head. Then I was Immediately tackled by 3x Health & Hospitals NYC P.O.'s (see, John Doe P.O. #1-3) And Security Staff, And "handcuffed" then for what felt like an eternity, I was severly beaten, punched, kicked, in my face, head, back; they stemped on both my injured hands/wrists (just had operation on them on 8/18/25, they were in process of still healing) At one point I couldn't breathe, they had there knees on my neck holding me down on floor I was trying to scream out "Help, I cannot breathe, please stop", but they continued with there brutal 'gang Assault' while I was 'cuffed' on floor, harmless, NOT resisting @ All (Check Hospital ER Dept video footage & All Hospital NYC P.O.'s 'Bodycams to confirm my Allegations to be true). Several Nurses (DIXON) Dr's, and patients (All hispanic or colored folks) screamed very 'racial' statements such as "Kill that "Cracker" And "Fxxx that 'dirty' 'crack-head'" Egging the P.O.'s on with there brutal Assault. When they were finished, they literally left me on the floor for the 67th P.C.T. to come transport me, I was Never checked on by Any Dr's treated medically for I was Severely →

Page #4 (#25-CV-05971(NRM)(LGD))

injured (see; Vance v. Peters) The 3x P.O. John Does are the individuals who caused the injuries to me, "Failed" to properly report incident w/sgt's, take photos of injuries, and/or allow me to speak to Internal Affairs to 'report' the incident (All Hospital Video | P.O.'s bodycameras will confirm that between hours of 20:00 - 21:00 on 8/24/2025 @ Brookdale ER Dept. will prove my allegations of brutality, Gang Assault, use of excessive force) I'm Also requesting the 'New York City Police Dept' release the full Names & Address' of John Doe #1-3 whom were All Active participants in this Police Misconduct (Adverse Reaction Act) so that the Courts may issue them All Subpoenas. Next, the P.O.'s from 67th Pct. also failed to 'report' this misconduct, there names/badges are; P.O. John D. Williams #98138 And Nicholas Tsentzelis #9677-41, they're the arresting officers. At the Pct. All Desk Sgt's, P.O.'s, clearly saw how badly injured I was, but NOT A single NYC employee of the 'New York City Police Dept' offered me Medical care, did NOT contact Internal Affairs Knowing All my injuries

(Actual And Imminent Injuries)

were caused by Police Officers of the 'New York City Police Dept', And they [only] after I refused to be fingerprinted, called A 'Bus' (Ambulance) for me to take me to Kings County Hospital. There they did X-Rays, Catscan, hand-bandages, bandaged my left Ankle, provided me 'Crutches' so I could walk And medicated me w/ Morphine for pain, siezure Meds, Phyc Meds, And Antibiotics. When discharged, [I left with the crutches] But, upon arriving @ 67th Pct., [transport] PO's could [NOT] locate my crutches And tried to [force] me to walk w/o them, which I refused. They then brought out A 'computer chair' And [forced] me into it (check Bodycams) 8/25☆ while they literally dragged me into the Pct., both my injured feet/Ankles were [dragging] on the concrete floor causing [further damages]. Once inside, [I told the Desk Sgt.] what happened, complained of pain, injuries, And requested to return to hospital because they caused more pain & suffering to injuries, So back to Kings County Hospital we went. I was [NOW] Admitted between 8/25 to 8/31 And treated further for All 'New York City Police Dept's' Negligence. See; Wilson V. Seiter See; Johnson & Johnson

_____

_____

_____

III.  Relief: State what relief you are seeking if you prevail on your complaint.

I'm requesting 50 Million ($50,000,000.00) for All damages, injuries, Negligence, Misconduct, Pain, suffering, Mental Anguish, Excessive Force, Brutality, Violation of Equal Rights Act, Discrimination & Punitive Damages ☆ A seperate Medical Malpractice case vs. Brookdale Hospital, Dr. #201860 will be seperate Incident

I declare under penalty of perjury that on __12/2/2025__, I delivered this complaint to prison authorities at __NCCC__ to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __11/26/25__

_____
Signature of Plaintiff

__Nassau County Correctional Center__
Name of Prison Facility or Address if not incarcerated

__100 Carman Ave__
__East Meadow,__
__NY 11554__
Address

__CC# 2025004259__
Prisoner ID#

rev. 12/1/2015

5

NASSAU COUNTY CORRECTIONAL CENTER
100 CARMAN AVE
EAST MEADOW, NY 11554-1146
NAME  Thomas Corrow
LOCATION  E1G49
CC#  2025-00459

legal mail

MID-ISLAND NY 117
3 DEC 2025 PM 2 L

ZIP 11554
02 4W
$000.74
0000391311 DEC 03 2025

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
DEC 05 2025
LONG ISLAND OFFICE

Attn: Pro Se Office
USDC / EDNY
100 Federal Plaza
Central Islip, NY 11722

11722-443800