If you are not incarcerated, provide your current address:

_____
_____
_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Suing Both personally AND proffesionally

Full Name: John D. Williams
Job Title: 67th PCT Police officer #98138
Address: 2820 Snyder Ave Brooklyn, NY 11226

Defendant No. 2

Suing Both Personally AND proffesionally

Full Name: Nicholas Tsentzelis
Job Title: 67th PCT Police officer #96741
Address: 2820 Snyder Ave Brooklyn, NY 11226

Defendant No. 3

Full Name: New York City Police Dept
Job Title: Health & Hospitals NYC Police Dept.
Address: UNKNOWN Location?

2

———————————————
Address

Defendant No. 4

P.O. John Doe #1
Full Name

Suing Both personally AND proffesienally

Health & Hospitals NYPD Dept.
Job Title

Unknown location

———————————————
Address

Defendant No. 5

P.O. John Doe #2
Full Name

Suing Both personally AND Proffesionally

Health & Hospitals NYPD Dept.
Job Title

Unknown location

———————————————
Address

**II.   Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Brookdale Hospital's Emergency Dept waiting Room - 1 Brookdale Plz. Brooklyn NY 11203 & 67th PCT. HQ 2820 Snyder Ave Brooklyn, NY 11226

When did the events happen? (include approximate time and date) ON 8/24/25 @ Approx 21:26 hours they began And Continued until 8/31/25 (From Brookdale, TO 67th PCT. TO Kings County)

"See Attached"

☆   Against (Defendants)

SUING  7) NYC FDNY Paramedic - John Doe #1
ALL        Address: UNKNOWN
        8) NYC FDNY Paramedic - John Doe #2
Both       Address: UNKNOWN
personally 9) ~~Elevate Rehab Corp.~~ ACI Rehab Inc
AND        Address: Rockaway Ave Brooklyn, NY 11212
(professionally) 10) Medical Dr - license # 201860
        Name - UNKNOWN (See: Police Report)
        Address: 1 Brookdale Plaza
        Brooklyn, NY 11203

Ref# 25-CV-05953 (NRM)(LGD)

Notice of Claim — Exhibit #B

# Sworn Affidavit

Sent w/ U.S.C. 83 Claim

I Thomas Corrow (CC# 2025004259) swear that All Allegations I've made Against DOCS, CAPT. Donnelli #1278, C/O Gonzalez, DR and anyone else (TDR ↓ #201 860) who I mentioned or was Apart of any of the series of events I experienced from 7/5/25 - 9/3/25 which was the date I got locked up, 9/3/25. Each and every one of these/those statements is 100% Accurate and Absolutely NOT exaggerated in any way, shape, or form.

I am A firm believer that All people should be held Accountable for their Actions. With that being said, me and my hired legal representation are/intend to hold each and every CAPTAIN/C/O/DR/Hospital fully responsible for the damage they've caused with the specific roll they chose to play, both criminal & civil, we will prosecute each individual to the full extent of the law. In the end, we will get justice Against the DOCS, NYPD, & Hospitals.

★ Since 9/4 @ N.C.C.C. I've been doing Physical Therapy for back/Ankle injuries 2x Month

_____
Defendant
10/10/25

Sworn to before me
This 10 day of Oct 2025
Emergency
NOTORY PUBLIC
Witness →

Emergency Notary Witness
1) WILLIAM G. HERNANDEZ
   [signature]
   Vincent Dougherty
2) [signature]

NASSAU COUNTY CORRECTIONAL CENTER
100 CARMAN AVE
EAST MEADOW, NY 11554-1146

NAME: Thomas Corrm
LOCATION: E1G49
CC#: 2025004259

Legal Mail

Attn: Pro Se Office
USDC / EDNY
100 Federal Plz
Central Islip NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
DEC 03 2025
LONG ISLAND OFFICE
11722-443800

MID-ISLAND NY 117
3 DEC 2025 PM 2 L
ZIP 11554
02 4W
$000.74
0000391311 DEC. 03. 2025