*Exhibit # C*
*Amendment*
*for 25-CV-05953*
*(NRM) (LGD)*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 05 2025 ★
LONG ISLAND OFFICE

# Sworn Affidavit

*ORIGINAL*
*(w/ 3x Copies)*

To Whom It May Concern,

My name is Mr. Thomas Conrow, I'm the Plaintiff in the Above captioned case (CV-05953 (NRM)(LGD) And need to Ammend the list of mentioned defendants; #1 Dept of Corrections to be dully noted & Changed, properly to 'City of New York' Address is 10-10 Hazen St. E. Elmhurst, NY 11370. Next, I'd like to introduce into evidence 'Exhibit # A' which is A #5 page letter of my IA Investigation (Dated 9/30/25), And 2x Sworn Affidavits (Not including this one) 1st is Exhibit # 'Deliberate Indifference' (copy 3/3), 2nd is Exhibit # B (copy 2/3) They both state/show I was 'Targeted' by CAPTAIN DONNELLI #1278 And C/O GONZALEZ due to violating my 'Protected Conduct', 'Adverse Reaction', 'Actual And/or Imminent Injury', and My 'Equal Protection Rights Act'. I was Assaulted both Sexually (CAPT. #1278), physically (C/O Gonzalez + 3x other C/O's), denied P.C., Retaliated Against, Denied All/Any Medical Treatment and had many severe injuries which I spent many days in several different hospitals, and had multiple operations due to DOCS/NYC direct Negligence

*See, Wilkins vs. Gaddy*

*See, (2010) Brown vs. Lippara*

*See, Wright vs. Miller*

Sworn to before me
This 19 day of Nov 20 25
_Rob Holms_
NOTORY PUBLIC

ROBERT EMMET HOLMES
Notary Public, State of New York
No. 01HO6371128
Qualified in Nassau County
Commission Expires February 20, 2026

Defendant

RECEIVED
DEC - 5 2025
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
DEC 5 '25 PM 12:06

Exhibit # Deliberate → Notice of Claim Copy
Indifference
Date: Oct 14th 2025
# 25-CV-05953(NRM)(LGD)

3 of 3

# Sworn Affidavit

I Mr Thomas Corrow # 2025009259 Assure the Internal Affairs, Inspector General, and All other entities that All statements/claims I've made within these Documents Are 100% Faithfull & can All be verified in one way, either by Body cams, Video Footage, medical records or recorded telephone calls from Rikers.

Not only do I feel I was "Targeted" but Also discriminated Against by the Dept of Corrections, NYPD, Multiple hospitals & several employees such as Doctors, Nurses, C.O.'s, Police due to my clear "Disability", race, color, and or identity.

I Am forced to live in fear Against people of All the Above Mentioned professions, Mental Anguish, several lifelong physical injuries due to there "intent" & Negligence w/ All these Matters

_____
Defendant    10/16/25

Sworn to before me
This 16 day of OCT 2025
EMERGENCY NOTARY
NOTORY PUBLIC
Ted Simonson

(2) WITNESS → (2) WILLIAM G. HERNANDEZ
WG Hernandez

Exhibit #A
2 of 3 Copy

To: 1) IA, IG, 2) Daily News
3) Board of Correc., DOI 4) NY POST

Tuesday September 30th 2025
☆ Re: Commissioner / Director of IA NYC/DOCS
From: Mr. Thomas M. Corrow
Regarding: Sexual Assault Investigation caused by A Captain Donnelli #1278 in E.M.T.C. Bldg. on 7/22/25 Approx 11:15AM

To Whom it May Concern;

My name is Mr. Thomas M. Corrow, I was recently incarcerated @ E.M.T.C. on Rikers between 7/5-8/6/25 and on 7/22/25, I became the victim of A sex crime which was caused by Captain Donnelli #1278 in Housing Unit 6M Mens restroom @ Approx 11:15AM. I was on toilet to far right, against the wall, taking A crap, pants down to the floor, covered by A white sheet, Capt Donnelli escorted w/ c/o Morales, enter bathroom without Announcing 'Female walking', approach my stall, cut down sheet blocking my private area, then unexpectedly gropes me on my right arm, begins stroking up & down till I push hand away, he licks his lips like A creeper, then literally stands over me, looking at my private area for 2-3 minutes, while c/o Morales is behind him. After they finally leave, I came out got his name/shield # then requested to speak with P.R.E.A. to file A formal complaint, Ms. Martins from

See, Wilkins VS, Gaddy And Brown VS, Lippara (2010)

("Deliberate Indifference" Issue)

See; Wilson V. Seiter (2)

P.R.E.A came to me to start investigation and I verbally explained what happened and made hand written statement. I also told her, security Capt., and several other C/O's I felt my life was in danger and requested to sign into Protective Custody to avoid future retaliation from Capt. Donnelli, but DOCS refused to Aknowledge my request. Then on 7/23 two IA investigators came to interview me and the witness I had in CoM, they took our statements, then left. The next day 7/24 Capt. retaliates against me, he was w/ 2 other C/O's, I was physically assaulted, brought to 3M which was a non-vacant cell block, they put me in cell, left me handcuffed, facedown on floor. The cuffs were literally put so tight, I cried myself to sleep I was in so much pain. The blood to both wrists completely stopped, I was screaming for help for hours, nobody came, NO medical, NO food, NO medications, and I ended up having two siezures, hitting my head so bad, causing gash and Alot of bleeding, swelling. When C/O's come to move me, they see extent of injures, and I assume, to cover up there wrongdoing they tell Mental Health I caused these

*clear case of 'Deliberate Indifference'

See; Wright Vs. Miller & Johnson V. Johnson

Case of 'Actual And/or Imminent Injury *Denial of Medical Care, Food, & Medication

ON 7/24

③

("Protected Conduct" Case/Issue)

★ See Wright v. Miller & Johnson v. Johnson

See; Vance v. Peters ★

injuries to myself trying to kill myself, so then they put me into M.O. Unit and on Suicide watch, I refused to go. Alarm and probe team came, cuffed me, beat me, C/O Gonzalez chocked me @ one point till fellow C/O's reminded him of the body cameras. So, again without ANY medical treatment they throw me back into cellblock I just came from, leave me on floor cuffed too tight, Again for several hours. Finally, at maybe Midnight, 1x C/O removes me, I was brought to Medical ONLY to recieve my medications, but claimed I had multiple injuries, DR didn't even examine me, looks at me, says "I give you tylenol, have goodnight". That was it. C/O takes me to M.O. Unit, where soon as phones come on I report incidents to #311, Prisoners Right Association, file several statement/grievances, And s/w Capt. to be put into P.C., Again request is denied, And days go by, still never got to sickcall/see DR., so I call #311 and they contact #911 for me, call ambulance for me 3x times, And when they arrive to get me, DOCS tells them/lies to them, claims I was already recieving treatment.

(4)

From 7/27 to 7/29 these calls were made from O.B.C.C. Bldg. I even s/w case worker of Mental Health to report incident and show them injuries, my head, the cuts/bruises/swelling of both wrists/hands, but they fail to get me any help.

Then on 8/6/25 I went to Queens court and get released right from courthouse, unexpectedly. However, my siezures/injuries have gotten much much worse. At East Elmhurst Hospital I had to have 2x surgeries on hand due to infection that was caused by assault by CO's and DOCs failing to look at and provide medical treatment. I also suffered 3 siezures while in hospital, they admitted me, and for 3 or 4 days I spent there, getting xrays, catscans, bloodwork completed. The pain, physical, and emotional, along w/ severe PTSD caused by sexual assault v/in Capt #1278, My life has been changed forever due to the negligence of DOCS staff. I want/will to prosecute the Capt/CO's that assaulted me to full extent, I also need/request access to view CO's body camera footage on 7/24, 7/22, 7/25 during all altercations. Please, conduct a full, complete, and thorough investigation regarding this matter. All my allegations will/can be

Again see Vance v. Peters

⑤

verified by filing a HIPPA form and Accessing medical records. I recieved treatment at all the following Hospitals:
1) E. Elmhurst  2) Bellevue  3) Brookdale
4) Kings County  5) SUNY Downstate  6) NUMC

2x surgeries on wrists/hands on 8/18-8/22 Due to denial of ANY Med. Treatment while @ EMTC & OBCC @ Rikers from 7/5-8/6/25

Could you please furnish me with names/badge #'s for each and every other C/O who was Apart of the Assaults I experienced on 7/24, as well as info of who to hold Accountable for there Misconduct of failing to report incident, injuries, make injury reports, have photos taken and me be seen by DR and examined for both these Assaults, please and Thank you. (See VANCE V. PeteRs)

Vance V. Peters

I look forward to hearing back from someone from IA very soon, with a more detailed and updated report of this vitally important investigation. Thanks for All your help, in obtaining justice for the pain, shame, and lifelong embarressment I had to endure due to Negligence of Dept of Corrections. And, time is of the essence with these delicate matters, we'd much Appreciate a timely response.

MAIL TO: NCCC CC#2025004289
100 CARMAN AVE
East Meadow, NY 11554

Respectively,
Mr. Thomas M. Corcoran
[signature]

Emergency Notary Witness Sworn To Before Me This 10th Day of Oct. 2025

1) Shane Cobb
   [signature]

   WILLIAM G. HERNANDEZ
2) [signature]

★ Case Law Citations

See 1) Vance v. Peters
    2) Johnson v. Johnson
    3) Wilson v. Seiter
    4) Wright v. Miller
    5) Wilkins v. Gaddy
    6) Brown v. Lippara (2010)

NASSAU COUNTY CORR. CNTR.
100 CARMAN AVE
EAST MEADOW, NY 11554

Thomas Corrow
location: E1G44
CC# 2025004254

legal MAIL

RECEIVED
U.S. DISTRICT COURT
DEC 05 2025
LONG ISLAND OFFICE

Attn: Pro Se Office
United States District Court
EDNY
100 Federal Plaza
Central Islip, NY 11722